UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 12, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SIMON SAGE YBARRA, <br><br> Defendant. | Case No. 2:21-mj-00058-CKD <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  SIMON SAGE YBARRA ,

Case No.  2:21-mj-00058-CKD  Charge 18 U.S.C. § 1512(k), from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $ _____

__X__  Unsecured Appearance Bond $ 50,000.00

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

__X__  (Other): Conditions as stated on the record. The Defendant is ordered to appear on 4/14/2021 at 10:30 a.m. before Magistrate Judge Jacqueline Scott Corley at the Northern District of California.

Issued at Sacramento, California on April 12, 2021 at 3:00 p.m.

By:  *[signature]*
Magistrate Judge Jeremy D. Peterson